# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 24-CR-510 (CRC)** |
| | : | |
| v. | : | |
| | : | |
| **WALTER LEE GOODMAN,** | : | |
| also known as "Dolo," | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that Special Assistant United States Attorney Jonathan Jacobson, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Jonathan E. Jacobson*
JONATHAN E. JACOBSON
Special Assistant United States Attorney
IL Bar Number 6317721
601 D Street, N.W.
Washington, D.C., 20530
Telephone: 202-934-0886
Email: Jonathan.Jacobson@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ECF, this 10th day of July, 2025, to all counsel of record.

/s/ Jonathan E. Jacobson
Special Assistant United States Attorney